### 9634. WASHINGTON EXCHANGE BANK *v.* SMITH.

BROYLES, C. J. The Supreme Court on January 13, 1920 (149 *Ga.* 650, 101 S. E. 769), having reversed the judgment of this court rendered in this case on February 1, 1919 (23 *Ga. App.* 356, 98 S. E. 418), that judgment is hereby vacated, and the judgment of the trial court is

*Reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 29, 1920.

Complaint; from Wilkes superior court—Judge Walker. November 20, 1917.

*Colley & Colley, Little, Powell, Smith & Goldstein,* for plaintiff.

*I. T. Irvin Jr., Samuel H. Sibley,* for defendant.

---

### 9746. CENTRAL OF GEORGIA RAILWAY CO. *v.* DEAN.

LUKE, J. 1. "Where a passenger purchases a through ticket over a line of railroads, having a coupon attached for each road, and checks his baggage through to his destination, if upon his arrival it is found to be lost, he may hold the last road of the line responsible therefor, whether the last road actually received the baggage or not. *Savannah, Florida & Western Ry.* v. *McIntosh,* 73 *Ga.* 532."

2. In response to a question certified by this court, the Supreme Court, in rendering the decision set out above (149 *Ga.* 650, 101 S. E. 769), reviewed and reaffirmed the ruling announced in *Savannah, Florida & Western Ry.* v. *McIntosh,* supra; and that decision being controlling in this case, the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 29, 1920.

Certiorari; from Fulton superior court—Judge Bell. March 26, 1918.

*Moise & Riddell,* for plaintiff in error.

*John W. Crenshaw, R. W. Crenshaw,* contra.